## ELECTRONIC RECORD

CCA #    09-14-00112-CR                         OFFENSE:    Habeas Corpus

STYLE:    Ex Parte David Lee Victorick          PUNISHMENT:

                                                COUNTY:    Montgomery

TRIAL COURT:        435th District Court                                    MOTION
TRIAL COURT #:      13-11-12323 CR               FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge Michael Seiler         DATE:
DISPOSITION:    AFFIRMED                          JUDGE:

DATE:    12-10-14

JUSTICE:    Leanne Johnson        PC    NO    S    YES
PUBLISH:    YES                   DNP:    NO

CLK RECORD:    03-20-14                SUPP CLK RECORD:    12-12-13 from 09-13-551-CR
RPT RECORD:    03-18-14                SUPP RPT RECORD:    12-13-13 from 09-13-551-CR
STATE BR:      05-30-14                SUPP BR:
APP BR:        04-14-14                PRO SE BR:

## 031-15

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA #    PD-0031-15

                         ----------------------

_APPELLANT'S_ Petition                   Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:
_REFUSED_                                 JUDGE:
DATE:    03/18/2015                      SIGNED:              PC:
JUDGE:    Per Curiam                     PUBLISH:             DNP:

                         ----------------------

_____ MOTION FOR REHEARING IN     MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____               _____ ON _____
JUDGE: _____           JUDGE: _____